| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Alvarez, Micaela | 2. Court or Organization District Court - S.District-TX | 3. Date of Report 06/04/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination ☐ Initial ✔ Annual ☐ Final  Date 5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |
| 7. Chambers or Office Address 1701 W. Bus. 83 McAllen, Texas 78501 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Texas Exes, University of Texas School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alvarez, Micaela | 06/04/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alvarez, Micaela | 06/04/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental property- ____ Hidalgo County, TX - see Part VIII | | None | J | R | | | | | |
| 2. American Centy Mut. FDS Growth Fund | A | Dividend | | | Sold | 09/21/12 | J | | |
| 3. American Centy Invt. TR Diversified BD INSTL CL | A | Dividend | J | T | | | | | |
| 4. Artisan FDS Inc Small Cap Value FD ARTVX | A | Dividend | | | Sold | 09/21/12 | J | | |
| 5. Dodge & Cox FDS INTL STK FD DODFX | A | Dividend | | | Sold | 09/21/12 | J | | |
| 6. Eaton Vance SER II Income Fund Goston CL I EIBIX | A | Dividend | | | Sold | 09/21/12 | J | | |
| 7. Eaton Vamce Large Cap Value Fund Class I EILVX | A | Dividend | | | Sold | 09/21/12 | J | | |
| 8. Goldman Sachs TR Finl Square Treas Instrs FD INSTL CL FTIXX | A | Dividend | J | T | | | | | |
| 9. Harbor Fund Cap Appreciation FD INSTL CL HACAX | A | Dividend | | | Sold | 09/21/12 | J | | |
| 10. Harbor FD INTL Crowth Fund ISTL Class HAIGX | A | Dividend | | | Sold | 09/21/12 | J | | |
| 11. Janus INVT FD Flexible BD FD Class I JFLEX | A | Dividend | | | Sold | 09/21/12 | J | | |
| 12. JPMorgan Core Bond FD Slect WOBDX | A | Dividend | J | T | | | | | |
| 13. Munder Ser TR Midcap Core Grwth FD CL Y MGOYX | A | Dividend | | | Sold | 09/21/12 | J | | |
| 14. Nuveen INVT FDS Inc Real Estate Secs Fund CL I FARCX | A | Dividend | J | T | | | | | |
| 15. Pimco FDS Pac Invt Mgmt Ser Total Return FD Instl CL PTTRX | A | Dividend | J | T | | | | | |
| 16. Pimco FDS Pac Invt Mgmt Ser-Commodity Real Return STrat FD I | B | Dividend | J | T | | | | | |
| 17. Pioneer Ser Tr III Cullen Value FD CL Y CVFYX | A | Dividend | | | Sold | 09/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alvarez, Micaela | 06/04/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pioneer Ser TR I Pioneer OAD Ridge Small Cap Growth Fund CL | A | Dividend | | | Sold | 09/21/12 | J | | |
| 19. Dreyful Emerging Mkts Fd CL I DRPEX | A | Dividend | | | Sold | 09/21/12 | J | | |
| 20. Royce Funds Value Plus Fund-Inv RVPHX | A | Dividend | | | Sold | 09/21/12 | J | | |
| 21. Wt Mut FD Crm Mid Cap Value FD Instl CL CRIMX | A | Dividend | | | Sold | 09/21/12 | J | | |
| 22. Blackrock FDS Core Bond Port Instl Class BFMCX | A | Dividend | J | T | Buy | 09/21/12 | J | | |
| 23. CRM Small/Mid Cap Value Fund InvClass CRMAX | A | Dividend | J | T | Buy | 09/21/12 | J | | |
| 24. Europacific Crowth FD CL F-1 AEGFX | A | Dividend | J | T | Buy | 09/21/12 | J | | |
| 25. Fidelity ADV Emerg MKTS Inc CL 1 FMKIX | A | Dividend | J | T | Buy | 09/21/12 | J | | |
| 26. John Hancock FDS III Global Shareholder YLD Class I JGYIX | A | Dividend | J | T | Buy | 09/21/12 | J | | |
| 27. MFS Ser Tr I Value FD CL I MEIIX | A | Dividend | J | T | Buy | 09/21/12 | J | | |
| 28. Mainstay FD High Yield Corporate BD FD CL I MHYIX | A | Dividend | J | T | Buy | 09/21/12 | J | | |
| 29. Managers Funds Bond Fund MGFIX | A | Dividend | J | T | Buy | 09/21/12 | J | | |
| 30. Metropolitan West FDS Total Return BD CL I MWTIX | A | Dividend | J | T | Buy | 09/21/12 | J | | |
| 31. Virtus Emerging Markets Opportunities FND CL I HIEMX | A | Dividend | J | T | Buy | 09/21/12 | J | | |
| 32. Alger Smallcap and Midcap Grow CL I ASIMX | A | Dividend | J | T | Buy | 09/21/12 | J | | |
| 33. Pimco FDS Invt Diversidied Inc FD Instl PDIIX | A | Dividend | J | T | Buy | 09/21/12 | J | | |
| 34. T Towe Price Blue Chip Growth Fund TRBCX | A | Dividend | J | T | Buy | 09/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alvarez, Micaela | 06/04/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, Positions - this position comenced July 2009

The porperty listed in Part VII, line 1 was purchased on July 25, 2003 for the price of $14,500.00. No rental income was received during the reporting period but it is listed for the sake of thoroughness.

In Part VII, the assests sold were reinvested in the assest purchased.

| Name of Person Reporting | Date of Report |
|---|---|
| Alvarez, Micaela | 06/04/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Micaela Alvarez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544